**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

TIMOTHY LEE MOORE,

  Plaintiff,

                                  CASE NO.:  1:24-cv-01940-LMM-JEM

v.

EQUIFAX INFORMATION
SERVICES LLC, EXPERIAN
INFORMATION SOLUTIONS,
INC., TRANS UNION LLC, and
WEBBANK,

  Defendants.

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO TRANS UNION LLC

COMES NOW Plaintiff, TIMOTHY LEE MOORE, and Defendant, TRANS UNION LLC, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(iii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff, against the Defendant TRANS UNION LLC, in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 9th day of July, 2024.

1

**/s/Octavio Gomez**
Octavio "Tav" Gomez
Florida Bar #:0338620
Georgia Bar #: 617963
Pennsylvania #: 325066
The Consumer Lawyers, PLLC
412 E. Madison St, Ste 916
Tampa, FL 33602
Office: (813)299-8537
Facsimile: (844)951-3933
Primary Email:
Tav@theconsumerlawyers.com
Secondary Email:
Lisa@theconsumerlawyers.com
*Attorney for Plaintiff*

*/s/ M. Laughlin Allen*
M. Laughlin Allen, Esq.
Georgia Bar No. 901999
McGuireWoods LLP
1075 Peachtree Street NE
35th Floor
Atlanta, GA 30309-3900
Phone: 404-443-5738
Fax: 404-443-5773
mlallen@mcgurewoods.com

*Counsel for WebBank*

*/s/Paul W. Sheldon*
Paul W. Sheldon
Georgia Bar No. 947098
psheldon@qslwm.com
QUILLING, SELANDER, LOWNDS,
WINSLETT & MOSER, P.C.
6900 N. Dallas Parkway, Suite 800
Plano, Texas 75024
Tel: (214) 560-5453
Fax: (214) 871-2111
**Counsel for Trans Union LLC**