IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

TIMOTHY LEE MOORE,           :
                                       :

Plaintiff,              :

v.                         :          CIVIL ACTION NO.
                                      :          1:24-cv-01940-LMM-JEM

EQUIFAX INFORMATION        :
SERVICES LLC, *et al.*,       :

Defendants.       :

## ORDER

Plaintiff Timothy Lee Moore has notified the Court that he has reached settlements with all Defendants in this matter. Dkt. Nos. [12, 14, 17]. Accordingly, this case is **ADMINISTRATIVELY CLOSED** pending the parties' filing the dismissal(s).[1] The parties are **DIRECTED** to file within SIXTY (60) days of the date of this Order either (1) the necessary documents to dismiss this case or (2) a joint status update notifying the Court why they are unable to file such documents.

**IT IS SO ORDERED** this 17th day of July, 2024.

_____
LEIGH MARTIN MAY
UNITED STATES DISTRICT JUDGE

---

[1] Administrative closure of a case does not prejudice the rights of the parties to litigation in any manner. The parties may move to re-open an administratively closed case at any time.